In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-232 CR


____________________



LARRY JAMES HORTON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 411th District Court


Polk County, Texas


Trial Cause No. 18436






MEMORANDUM OPINION


 We have before the Court an appeal by Larry James Horton from a sentence
pronounced January 4, 2006. The notice of appeal was filed with the trial court on May 15,
2006, more than ninety days from the date of sentencing. We notified the parties that the
appeal did not appear to have been timely filed. The appellant did not supply an affidavit or
otherwise establish that notice of appeal was filed within the time permitted for perfecting
appeal. The court finds the notice of appeal was not timely filed. Tex. R. App. P. 26.2. No
extension of time was timely requested pursuant to Tex. R. App. P. 26.3. It does not appear
that appellant obtained an out-of-time appeal. The Court finds it is without jurisdiction to
entertain this appeal. Accordingly, the appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED.

 ___________________________

 HOLLIS HORTON

 Justice


Opinion Delivered July 26, 2006 

Do Not Publish

Before Gaultney, Kreger and Horton, JJ.